**FILED**

**3:02 pm, 5/28/26**

**Margaret Botkins**
**Clerk of Court**

Gregory S. Hearing II, #7-5528
Gordon Rees Scully Mansukhani
515 E. Ivinson Avenue, Ste. 108
Laramie, Wyoming 82070
(303) 200-6898
ghearing@grsm.com

Attorneys for SciatiEase Labs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

IN RE: DMCA Subpoena to
SHOPIFY, INC.

)
)
)
)
)
)
)

Case No.:     26-MC-152-KHR

---

### REQUEST FOR DMCA SUBPOENA TO SHOPIFY, INC.

---

Petitioner SciatiEase Labs LLC ("Petitioner"), through undersigned counsel, hereby requests that the Clerk of this Court issue a subpoena to Shopify, Inc. ("Shopify") to identify the alleged infringer at issue, under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The proposed DMCA Subpoena is attached as Exhibit A.

The DMCA Subpoena is directed to Shopify. Shopify is the service provider (i.e. host) of the site to which the subject of the subpoena posted infringing content at the following URL: https://takesciatiease.store/. The content at this URL infringes copyright(s) held by Petitioner.

Petitioner has satisfied the requirements for issuance of the DMCA subpoena under 17 U.S.C. § 512(h), namely:

1. A sworn declaration (the "Hearing Declaration") confirming that the purpose of the DMCA Subpoena is to obtain the identity of an alleged infringer or infringers and that such information will only be used for the purpose of protecting Petitioner's rights under 17 U.S.C. § 101 et seq. is attached as Exhibit A to this Petition;

2. The Hearing Declaration confirms that notice under 17 U.S.C. § 512(c)(3)(A) has been sent to Shopify;

3. Petitioner's proposed DMCA Subpoena is attached to this Petition as Exhibit B.

Because Petitioner has complied with the statutory requirements, Petitioner respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

Dated this 28th day of May, 2026.

GORDON REES SCULLY MANSUKHANI LLP

/s/

Gregory S. Hearing II, Wyo. #7-5528
515 E. Ivinson Avenue, Ste. 108
Laramie, Wyoming 82070
(303) 200-6898
ghearing@grsm.com

ATTORNEYS FOR DEFENDANT