Gregory S. Hearing II, #7-5528
Gordon Rees Scully Mansukhani
515 E. Ivinson Avenue, Ste. 108
Laramie, Wyoming 82070
(303) 200-6898
ghearing@grsm.com

Attorneys for SciatiEase Labs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN RE: DMCA Subpoena to<br>SHOPIFY, INC. | )<br>)<br>)<br>)  Case No.:  2:26-MC-152-KHR<br>)<br>) |

**DECLARATION IN SUPPORT OF PETITIONER'S REQUEST
FOR ISSUANCE OF 17 U.S.C. § 512(h) SUBPOENA**

I, Gregory Hearing, declare as follows:

1.    I am an attorney licensed to practice law in the State of Wyoming and a partner with Gordon Rees Scully Mansukhani ("GRSM"), counsel for SciatiEase Labs LLC ("SciatiEase"). GRSM is authorized to act on behalf of SciatiEase on matters involving the infringement of SciatiEase's copyrighted works. I have knowledge of the facts contained in this Declaration and, if called upon to do so, I could and would testify competently thereto.

2.    I submit this Declaration in support of SciatiEase's request for issuance of a subpoena to Shopify Inc. ("Shopify") pursuant to the Digital Millennium Copyright Act,

Exhibit A

17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify the alleged infringer or infringers who posted unauthorized copies of certain works owned by SciatiEase in violation of SciatiEase' copyrights (the "Infringing Content"), at the following URL: https://takesciatiease.store/

3.      On May 18, 2026, my office submitted a notification of infringement to Shopify on behalf of SciatiEase, identifying the Infringing Content and providing information required by 17 U.S.C. § 512(c)(3)(A). In submitting this notification, my office followed the procedure identified by Shopify at https://www.shopify.com/legal/tools/report-an-issue. A true and correct copy of Shopify's acknowledgement of this notice is attached hereto as Exhibit 1.

4.      Shopify's policies require a subpoena or court order to compel the company to disclose information about a Shopify user or account used in furtherance of the infringement of another's copyrights

5.      SciatiEase seeks this DMCA Subpoena to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting SciatiEase's rights under 17 U.S.C. §§ 101, et seq.

I declare under the penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

Dated this 28th day of May, 2026.

Gregory S. Hearing

- 2 -

Exhibit A

**From:** Shopify <legal@shopify.com>
**Sent:** Monday, May 18, 2026 2:16 PM
**To:** Hannah Brown Goehring
**Subject:** Shopify DMCA Takedown Notice
**Attachments:** DMCA Takedown Notice - www.takesciatiease.store.pdf

Hello Hannah Goehring,

We have received the attached Digital Millennium Copyright Act (DMCA) Takedown Notice you submitted via Shopify's DMCA Notice form and will be in touch shortly.

Shopify respects the valid intellectual property (IP) rights of others and we expect merchants to do the same. That being said, Shopify will also not let its policies be abused - there are legal and financial consequences for submitting a fraudulent or bad faith IP infringement claim. Shopify is committed to combating abuse to make commerce better for everyone.

The allegedly infringing work being handled by this ticket is:

https://www.takesciatieease.store/

Thank you,

Shopify Trust & Safety

Ticket ID: 6fcd5411-150f-4254-9258-66dcd9370a09



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



1

EXHIBIT 1